```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Eric Flores

                v.                Case No. 13-cv-1-SM

United States Attorney General, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 20, 2013, for the reasons set forth on the record.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's complaint (document no. 1) is hereby dismissed. The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 20, 2013

cc:  Eric Flores, pro se